IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA MURATA, | ) |
| | ) Case No. 13 C 3374 |
| Plaintiff, | ) |
| | ) JUDGE DOW |
| vs. | ) |
| | ) Magistrate Judge Rowland |
| CITY OF CHICAGO, et al., | ) |
| | ) |
| Defendants. | ) |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendants City of Chicago, Kevin Leahy, Edwin Dantes, S. Romanski, W.A. Seski, A. Warda, Paul Santangelo, J.A. Hoffman and Edward Hirt, by their respective attorneys of record, that all Plaintiffs against them have been settled pursuant to the Release and Settlement Agreement executed by the parties hereto and, therefore, Count One and Count Eight of the Plaintiff's Complaint against the Defendant City of Chicago should be dismissed with prejudice and all claims against the Defendants Kevin Leahy, Edwin Dantes, S. Romanski, W.A. Seski, A. Warda, Paul Santangelo, J.A. Hoffman and Edward Hirt under Count Two, Count Three, Count Four, Count Six and Count Seven of the Plaintiff's Complaint should be dismissed with prejudice and with each of parties hereto to bear their own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Timothy Okal
Attorney for Plaintiff, Lisa Murata
Spina, McGuire, and Okal
7610 West North Avenue
Elmwood Park, Illinois 60707
(708) 453-2800
Attorney No. 2096560
FEIN: 36-2721849
DATE: 12/2/2013

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

STEPHEN PATTON
Corporation Counsel
Attorney for City of Chicago
BY: _____
Liza M. Franklin, Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088
DATE: 12/5/13

_____
MaryAnne Spillane
Senior Counsel

Attorney for Defendant, Kevin Leahy,
Edwin Dantes, S. Romanski, W.A. Seski,
A. Warda, Paul Santangelo, J.A. Hoffman
and Edward Hirt
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-2826
Attorney No. 6238150
DATE: _____